

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00798-CV

IN THE INTEREST OF A.A.M. AND J.M., children

Appeal from the 314th District Court of Harris County.   (Tr. Ct. No. 2011-00219J).

**TO THE 314TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 17th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on September 8, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Avery Juwon Myrick, pay all appellate costs.
>
> The Court **orders** that this decision be certified below

for observance.

Judgment rendered March 17, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 26, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

